AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*March 10, 2026*

Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **4:26-mj-178** |
| DARIUS DEWAYNE HALL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 6, 2026,    in the county of    Harris    in the
Southern    District of    Texas    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 18 U.S.C. § 2119(3) | Count One: Carjacking resulting in death, in violation of 18 U.S.C. § 2119(3). |
| Count Two: 18 U.S.C. § 924(c)(1) (A)(iii). | Count Two: Using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii). |
| | See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

*Joseph T. Oppedisano*
*Complainant's signature*

FBI SA Joseph T. Oppedisano
*Printed name and title*

Sworn to and signed by telephone.

Date:    March 10, 2026

*Dena Palermo*
*Judge's signature*

City and state:    Houston, Texas

Hon. Dena Hanovice Palermo, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-178**

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Joseph T. Oppedisano, being first duly sworn, hereby depose and state as follows:

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2019.  I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2516. I am currently assigned to the FBI Houston Division Field Office as part of the Violent Crimes Task Force. I have participated in investigations of RICO, murder for hire, assaults on federal officers, Hobbs Act violations, felon in possession, violent crimes, drug trafficking, and violations of federal firearms laws, among other things. I have also conducted or participated in surveillances, the execution of search warrants, debriefings of informants and reviews of recorded conversations. Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with the patterns of activity regarding felons who possess firearms, the methods they employ to obtain firearms, and their use of firearms while committing other criminal activities. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2.    This Affidavit is made in support of a criminal complaint charging **DARIUS DEWAYNE HALL** with carjacking resulting in death, in violation of 18 U.S.C. § 2119; and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii). I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted, my review of

investigative reports, and my conversations with other law enforcement officers involved in this investigation.

3.    Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that violations of 18 U.SC. §§ 924(c)(1)(A)(iii) and 2119 have been committed by **HALL**.

## **PROBABLE CAUSE**

4.    On Friday, March 6, 2026, at approximately 11:45 p.m., Victim—an adult female whose identity is known to me—dropped her friend (hereinafter "Witness #1") and her father off at an apartment complex on 20th Street in Houston, Texas, after spending all day at MD Anderson Cancer Center. Victim had to park on the street because there was no parking in the parking garage. Victim dropped them off, parked near the intersection of Lawrence Street and West 20th Street, and then walked back on the sidewalk across the street from the above-listed apartment complex.

5.    A resident of the apartment complex (hereinafter "Witness #2) reported that they heard a female scream, followed by one "pop" sound and saw an African American male bent down in the area of the sound outside going through a purse. Witness #2 described the male as approximately 5'8" to 5'9" and thin, wearing a tan hoody and black pants. The male then calmly walked away in the direction of North Shepherd.

6.    Witness #1 stated she was inside the apartment complex and heard a scream followed by a loud thud that she believed to be a gunshot. Witness #1 looked outside but did not see anything. Witness #1 went downstairs to look for Victim since she was gone for a long time trying to park. Witness #1 explained that she was the registered owner of the vehicle Victim used to drop her off—a 2019 Toyota Highlander.

7.      Another resident of the apartment complex (hereinafter "Witness #3") was in bed when he heard a scream and a loud pop. Witness #3 looked out the window and observed Victim motionless on the ground. Witness #3 observed the suspect looking around after the gun shot but was unable to provide a detailed description.

8.      At approximately 11:50 p.m., officers of the Houston Police Department ("HPD") responded to the scene where they found Victim on her back with a single gunshot wound to the neck. Officers were administrating first aid to Victim while waiting for EMS. EMS arrived on scene and began CPR on Victim, who was unresponsive by that time. Victim was transported to Memorial Herman Greater Heights where she was pronounced deceased at approximately 12:22 a.m.

9.      Witness #1 told officers that her vehicle was missing. Officers used the Flock automated license plate reader system to look for Witness #1's Highlander, which was captured by a camera near Wilcrest Drive at 12:36 a.m. HPD officers located the vehicle at a McDonalds on Westheimer Road and attempted to initiate a traffic stop, but it began to flee, and a pursuit was initiated. The vehicle crashed near the 2900 block of Southwest Freeway. The driver—later identified as **HALL**—fled from the driver's side door. **HALL** was wearing the same clothing described by Witness #2. **HALL** ran across all lanes on the highway into a Discount Tire parking lot. There, **HALL** jumped the fence into an Olive Garden before jumping another fence into a townhouse complex on Southwest Freeway. Officers located a black female passenger in the crashed Toyota Highlander vehicle and further observed two firearms in plain view on the driver's side floorboard.

10.     Officers established a perimeter and called for HPD SWAT. HPD K9 units located a tan hoody, black pants, and the same clothing **HALL** wore. It was found on the back patio of

3

one of the townhouse units (unit 8). Surveillance video showed **HALL** leave unit 8 with no shirt and wearing shorts. From there, **HALL** headed to the back patio of unit 6. Several hours later, **HALL** was taken into custody after surrendering to HPD SWAT. Officers collected the clothing from the patio that **HALL** took off and also seized the belongings in his possession at the time of his arrest.

11.    HPD detectives observed surveillance video of **HALL** walking up behind Victim before she was shot wearing the same tan hoody and black pants.

12.    **HALL** was taken to HPD where he was interviewed by detectives. During the interview, **HALL** advised detectives that he got Witness #1's Highlander from a friend around 6:00 p.m., after which he picked up his girlfriend on the corner of Bissonnet and West Sam Houston. **HALL** confessed to going to the back patio of unit 8, changing clothes, and then using a rock to break into unit 6. **HALL** stated he ran because he was on probation for aggravated robbery that he committed on January 13, 2024.

13.    On March 9, 2026, I conducted independent research on Toyota and concluded that 2019 Toyota Highlanders were manufactured at the Toyota Motor Manufacturing Plant in Princeton, Indiana. I also utilized a VIN decoder system and determined that Witness #1's 2019 Toyota Highlander was manufactured at the Toyota Motor Manufacturing Plant in Princeton, Indiana. Based on my training and experience, I am further aware that Toyota motors are not manufactured in Texas and also necessarily travel in interstate or foreign commerce before arriving here in Houston, Texas.

## CONCLUSION

14.    Based on the foregoing, I believe that probable cause exists for the issuance of a Criminal Complaint charging **HALL** with carjacking resulting in death, in violation of 18 U.S.C.

§ 2119; and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

Respectfully submitted,

*Joseph T. Oppedisano*

_____
Joseph T. Oppedisano
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically to me this 10th day of March 2026 and I find probable cause exists.

*Dena Palermo*

_____
HONORABLE DENA HANOVICE PALERMO
United States Magistrate Judge
Southern District of Texas

## ATTACHMENT A

### COUNT ONE
*Carjacking Resulting in Death*

On or about March 6, 2026, in the Southern District of Texas, the defendant, **DARIUS DEWAYNE HALL**, did knowingly take a motor vehicle, that is, a 2019 Toyota Highlander, which had been transported, shipped, and received in interstate commerce, from and in the presence of Victim, by force, violence, and by intimidation, with the intent to cause death and serious bodily harm, resulting in the death of Victim, in violation of Title 18, United States Code, Section 2119(3).

### COUNT TWO
*Using, Carrying, Brandishing, and Discharging a*
*Firearm During a Crime of Violence*

On or about March 6, 2026, in the Southern District of Texas, the defendant, **DARIUS DEWAYNE HALL**, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking resulting in death, as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).